IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                            2:05-cr-152-15

Kevin R. Ruth

ORDER

On February 16, 2006, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge. The defendant pleaded guilty to Count 1 of the indictment. On that date, the magistrate judge filed a Report and Recommendation recommending that the defendant's plea of guilty be accepted. There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 174) that the defendant's plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: March 29, 2006                        s\James L. Graham
                                                        James L. Graham
                                                        United States District Judge